UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-1(b)
**WALDMAN & KAPLAN, P.A.**
By: Laura J. Neville, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
Telephone: 844-899-4162
Facsimile: 844-882-4703
**Attorneys for Movant: Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V**

| In Re:<br>**Sheila A Dizenzo**<br><br>**Debtor(s)** | Case No.:　　18-19439<br>Chapter:　　Chapter 13<br>Hearing Date　3/27/2019<br><br>Judge:　　Andrew B. Altenburg Jr. |
|---|---|

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Wilmington Savings Fund Society FSB, d/b/a Chirstiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

　　ADDRESS:　　LAURA J. NEVILLE, ESQ.

　　　　　　　　Waldman and Kaplan, P.A.

　　　　　　　　Attorneys for Secured Creditor

　　　　　　　　P.O. Box 5162

　　　　　　　　Largo, FL 33779

　　DOCUMENTS:

   X  All notices entered pursuant to Fed. R. Banks. P. 2002.

   X  All documets and pleadings of any nature.

WALDMAN & KAPLAN, P.A.

/s/Laura J. Neville
Laura J. Neville, Esquire

Date: March 5, 2019