| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>WALDMAN & KAPLAN, P.A.<br>By: Laura J. Neville, Esquire<br>Attny No. 5753<br>174 Nassau Street, Suite 313<br>Princeton, NJ 08542<br>Telephone: 844-899-4162<br>Facsimile: 844-882-4703<br>Attorneys fo Secured Creditor: Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V | Case No.: 18-19439<br>Chapter: 13 |
| In Re:<br>Sheila A Dizenzo | Adv. No.:<br>Hearing Date: March 27, 2019<br>Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, _____Lynne VanHoozen_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Laura J. Neville_____, who represents Wilmington Savings Fund, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Objection to Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   Date: 3-6-19

   Signature: [signed] Lynne Van Hoozen

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sheila A Dizenzo<br>3520 Coles Mill Road<br>Franklinville, NJ 08322 | Debtor/Debtors Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sheila A Dizenzo<br>c/o Richard S. Hoffman, Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br>Email:<br>rshoffman@hoffmandimuzio.com | Debtor/Debtors Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Trustee<br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |