Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19439−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheila A Dizenzo
   fka Sheila Roach
   3520 Coles Mill Road
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6061

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           January 17, 2020
Time:                09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*36* − Certification in Opposition to the Chapter 13 Trustee's Certification of Default (related document:35 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/21/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Richard S. Hoffman Jr. on behalf of Sheila A Dizenzo. (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: November 12, 2019
JAN: bed

                                                                Jeanne Naughton
                                                                Clerk