UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**RICHARD S. HOFFMAN, JR. ESQ. (#RH-9353)**
**HOFFMAN DiMUZIO**
**A Partnership of Professional Corporations**
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
Attorneys for Debtor

**Order Filed on January 6, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

SHEILA A. DIZENZO

Case No.:          18-19439

Adv. No.:

Chapter 13

Judge:          ABA

**CONSENT ORDER ALLOWING CREDITOR,**
**TOWNSHIP OF FRANKLIN TO FILE A PROOF OF CLAIM**
**AFTER THE BAR DATE FOR GOVERNMENTAL CLAIMS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:              Sheila A. Dizenzo, Debtor

Case No:             18-19439/ABA

Caption of Order:    Consent Order Allowing Creditor, Township of Franklin to file a Proof of
                     Claim after the Bar Date for Governmental Claims

---

**THIS MATTER** having been presented to the Court by Richard S. Hoffman, Jr., Esquire, of the Law Firm of Hoffman DiMuzio, attorneys for Debtor, Sheila A. Dizenzo, and the Solicitor for the Township of Franklin, John Armano, Esquire, having consented thereto, it is

**ORDERED** that the Township of Franklin be permitted to file a Proof of Claim after the bar date for Governmental claims in connection with the Chapter 13 Bankruptcy case in re: Sheila A. Dizenzo.

**IT IS FURTHER ORDERED** that the Proof of Claim must be filed within fourteen (14) days of this Consent Order.

We hereby consent to the form and
substance of this Order:


/s/  *Richard S. Hoffman, Jr.*                              January 3, 2020

Richard S. Hoffman, Jr., Esquire                           Date
Hoffman DiMuzio
Attorney for Debtor, Sheila A. Dizenzo


/s/ *John Armano*                                          January 3, 2020

John Armano, Esquire                                       Date
Solicitor for the
Township of Franklin