## Bruce Compton

| | |
|---|---|
| **From:** | corey@dwaldmanlaw.com |
| **Sent:** | Wednesday, January 08, 2020 1:56 PM |
| **To:** | Bruce Compton; Chambers_of ABA |
| **Cc:** | Farha Ahmed |
| **Subject:** | Sheila A Dizenzo (Case No. 18-19439-ABA) |

Good afternoon,

Our office represents Wilmington Savings Fund in BK Case No. 18-19439-ABA. A hearing was held yesterday, 1/7/2020, on our Motion for Relief from Stay (DE # 43). Due to a internal office error in scheduling on our end, we put down the wrong hearing date and did not provide counsel for the hearing yesterday. As such, the Motion was denied.

Could the Court please reset a hearing date for the above referenced motion at its earliest convenience?

Thank you,

Corey W. Szalai, Esq.
The Law Offices of Damian G. Waldman, P.A.
10333 Seminole Blvd., Units 1 and 2 (Seminole Office)
Seminole, FL 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email: corey@dwaldmanlaw.com
Service Email: service@dwaldmanlaw.com

3106 Alternate US 19, Suite B (Palm Harbor Office)
Palm Harbor, FL 34683
Telephone: (727) 940-2516
Facsimile: (727) 940-2517

8630 Government Drive, Suite 101 (New Port Richey Satellite Office)
New Port Richey, FL 34654
Telephone: (727) 538-4160
Facsimile: (727) 538-4201

P.O. Box 5162 (Mailing Address)
Largo, FL 33779
Toll Free Phone: (844) 899-4162
Toll Free Fax: (844) 882-4703

*****Providing Any and all Real Estate transactions including, but not limited to closing and contractual matters******

Waldman and Kaplan, P.A., (New Jersey Affiliate)
174 Nassau Street, Suite 313
Princeton, NJ 08542
Toll Free Phone: (844) 899-4162
Toll Free Fax: (844) 882-4703
Email: njforeclosures@dwaldmanlaw.com

DWaldman Law, P.A. (Texas Affiliate)
3418 Hwy 6, South, Suite B #345

1