|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**RICHARD S. HOFFMAN, JR. ESQ. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>**A Partnership of Professional Corporations**<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 694-3939<br>Attorneys for Debtor | Order Filed on January 6, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHEILA A. DIZENZO | Case No.:    18-19439<br><br>Adv. No.:<br><br>Chapter 13<br><br>Judge:    ABA |

**CONSENT ORDER ALLOWING CREDITOR,
TOWNSHIP OF FRANKLIN TO FILE A PROOF OF CLAIM
AFTER THE BAR DATE FOR GOVERNMENTAL CLAIMS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 6, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Sheila A. Dizenzo, Debtor |
| Case No: | 18-19439/ABA |
| Caption of Order: | Consent Order Allowing Creditor, Township of Franklin to file a Proof of Claim after the Bar Date for Governmental Claims |

**THIS MATTER** having been presented to the Court by Richard S. Hoffman, Jr., Esquire, of the Law Firm of Hoffman DiMuzio, attorneys for Debtor, Sheila A. Dizenzo, and the Solicitor for the Township of Franklin, John Armano, Esquire, having consented thereto, it is

**ORDERED** that the Township of Franklin be permitted to file a Proof of Claim after the bar date for Governmental claims in connection with the Chapter 13 Bankruptcy case in re: Sheila A. Dizenzo.

**IT IS FURTHER ORDERED** that the Proof of Claim must be filed within fourteen (14) days of this Consent Order.

We hereby consent to the form and
substance of this Order:

/s/ Richard S. Hoffman, Jr.                                 January 3, 2020
Richard S. Hoffman, Jr., Esquire                        Date
Hoffman DiMuzio
Attorney for Debtor, Sheila A. Dizenzo


/s/ John Armano                                                  January 3, 2020
John Armano, Esquire                                         Date
Solicitor for the
Township of Franklin

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19439-ABA
Sheila A Dizenzo                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin            Page 1 of 1              Date Rcvd: Jan 06, 2020
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2020.
db             +Sheila A Dizenzo,    3520 Coles Mill Road,    Franklinville, NJ 08322-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                            Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2020 at the address(es) listed below:
              Farha   Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust
               as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Keri P. Ebeck    on behalf of Creditor    Gateway One Lending & Finance, LLC.
               kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
              Laura J. Neville    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana
               Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing et al. rsolarz@kmllawgroup.com
              Richard S. Hoffman, Jr.    on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com,
               lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9