Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 18-19439 (ABA)**

Sheila A. Dizenzo  
3520 Coles Mill Road  
Franklinville, NJ  08322

Monthly Payment: $929.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/04/2019 | $675.00 | 02/12/2019 | $1,000.00 | 02/12/2019 | $350.00 | 03/07/2019 | $675.00 |
| 04/03/2019 | $675.00 | 05/03/2019 | $675.00 | 07/03/2019 | $675.00 | 08/27/2019 | $675.00 |
| 11/07/2019 | $929.00 | 11/22/2019 | $464.50 | 12/06/2019 | $464.50 | 12/23/2019 | $464.50 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | SHEILA A. DIZENZO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | RICHARD S. HOFFMAN, JR., ESQUIRE | 13 | $3,210.00 | $3,210.00 | $0.00 | $3,210.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,301.26 | $0.00 | $1,301.26 | $0.00 |
| 2 | WILMINGTON SAVINGS FUND SOCIETY, FSB | 24 | $14,896.29 | $1,992.63 | $12,903.66 | $1,898.62 |
| 3 | CAVALRY SPV I, LLC | 33 | $235.54 | $0.00 | $235.54 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $2,449.72 | $0.00 | $2,449.72 | $0.00 |
| 5 | CAVALRY SPV I, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CREDIT ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | TOWNSHIP OF FRANKLIN | 24 | $25,000.00 | $0.00 | $25,000.00 | $0.00 |
| 8 | GATEWAY ONE LENDING & FINANCE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HAYT HAYT & LANDAU | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | KML LAW GROUP, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CAPITAL ONE, N.A. | 33 | $1,153.16 | $0.00 | $1,153.16 | $0.00 |
| 12 | METABANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PENN CREDIT CORPORATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | RICKART COLLECTION SYSTEMS, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | ROBERT STEIN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ROWANSOM | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | SOUTH JERSEY GAS COMPANY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,207.43 | $0.00 | $1,207.43 | $0.00 |
| 21 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | WEBBANK/FINGERHUT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | CREDIT ACCEPTANCE CORPORATION | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 24 | CREDIT ACCEPTANCE CORPORATION | 24 | $10,198.05 | $73.76 | $10,124.29 | $0.00 |
| 25 | CAPITAL ONE AUTO FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GATEWAY ONE LENDING & FINANCE, LLC | 13 | $431.00 | $431.00 | $0.00 | $431.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 15.00 | $0.00 |
| 09/01/2019 | Paid to Date | $8,100.00 |
| 10/01/2019 | 44.00 | $929.00 |
| 06/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,722.50 |
| Total paid to creditors this period: | $5,539.62 |
| Undistributed Funds on Hand: | $3,344.16 |
| Arrearages: | $1,393.50 |
| Attorney: | RICHARD S. HOFFMAN, JR., ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**