Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19439−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheila A Dizenzo
   fka Sheila Roach
   3520 Coles Mill Road
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6061

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            April 14, 2020
Time:               10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*60* – Certification in Opposition to Creditor, Wilmington Savings FSB's Certification of Default (related document:58 Creditor's Certification of Default (related document:56 Order on Motion For Relief From Stay) filed by Farha Ahmed on behalf of Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V. Objection deadline is 03/17/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V) filed by Richard S. Hoffman Jr. on behalf of Sheila A Dizenzo. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.


Dated: March 17, 2020
JAN: eag

                                                                                    Jeanne Naughton
                                                                                    Clerk