Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19439–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Sheila A Dizenzo
  fka Sheila Roach
  3520 Coles Mill Road
  Franklinville, NJ 08322

Social Security No.:
  xxx–xx–6061

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:        April 20, 2020
Time:        10:00 AM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*66* – Certification in Opposition to Creditor, Credit Acceptance Corporation's Certification of Default (related document:64 Creditor's Certification of Default (related document:39 Motion for Relief from Stay re: 2013 Jeep Wrangler. Fee Amount $ 181. filed by Creditor Credit Acceptance Corporation) filed by John R. Morton Jr. on behalf of Credit Acceptance Corporation. Objection deadline is 04/2/2020. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) filed by Creditor Credit Acceptance Corporation) filed by Richard S. Hoffman Jr. on behalf of Sheila A Dizenzo. (Attachments: # 1 Certificate of Service) (Hoffman, Richard)

and transact such other business as may properly come before the meeting.

Dated: March 27, 2020
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk