UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
Telephone: 844-899-4162
Facsimile: 844-882-4703
Attorneys for Secured Creditor: Wilmington Savings Fund, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V

In Re:

Sheila A Dizenzo

Debtor

Case No.: 18-19439
Chapter: 13
Hearing Date: 4/14/2020
Judge: Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Creditor's Certification of Default [Doc. No. 58]

Date: 4/14/2020

/s/ Farha Ahmed, Esq.
Signature

rev.8/1/15

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | | |
| WALDMAN & KAPLAN, P.A.<br>By: Farha Ahmed, Esquire<br>174 Nassau Street, Suite 313<br>Princeton, NJ 08542<br>Telephone: 844-899-4162<br>Facsimile: 844-882-4703<br>Attorneys for Secured Creditor: Wilmington Savings Fund, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V | Case No.: | 18-19439 |
| | Chapter: | 13 |
| In Re:<br><br>Sheila A Dizenzo<br><br>Debtor | Adv. No.: | |
| | Hearing Date: | 4/14/2020 |
| | Judge: | Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, _____Lynne VanHoozen_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Farha Ahmed_____, who represents Wilmington Savings Fund, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____April 14, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Status Change Form Withdrawing Creditor's Certification of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 14, 2020                                    /s/Lynne VanHoozen
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Sheila A Dizenzo<br>f/k/a Sheila Roach<br>3520 Coles Mill Road<br>Franklinville, NJ 08322 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Richard S. Hoffman, Jr.<br>Hoffman DiMuzio<br>412 Swedesboro Road<br>Mullica Hill, NJ 08062<br>856-694-3939<br>rshoffman@hoffmandimuzio.com | Debtor/Debtors Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |