





VISA DDA PUR   Jeep
469216   CREDIT ACCEPTANCE   -$679.87
CORP   800 634 1506  * MI

MAR 31, 2020