UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50808
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation

In Re:

SHEILA A. DIZENZO

Order Filed on May 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-19439

Adv. No.

Hearing Date: 4-20-20

Judge: (ABA)

## ORDER FOR COUNSEL FEES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: May 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Sheila A. Dizenzo
Case No: 18-19439
Caption of Order: Order for counsel fees

  This matter having brought before this Court on a Certificate Of Defualt filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Richard S. Hoffman, Jr., Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

  **ORDERED:**
1. **That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2013 Jeep Wrangler bearing vehicle identification number 1C4AJWAG7DL501312.**
2. **That the Debtor is to pay a counsel fee of $350.00 to Credit Acceptance Corporation through her Chapter 13 plan.**