UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50808
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Credit Acceptance Corporation

In Re:

SHEILA A. DIZENZO



Order Filed on May 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.  18-19439

Adv. No.

Hearing Date:  4-20-20

Judge: (ABA)

# ORDER FOR COUNSEL FEES

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: May 4, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Sheila A. Dizenzo
Case No: 18-19439
Caption of Order: Order for counsel fees

    This matter having brought before this Court on a Certificate Of Defualt filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Richard S. Hoffman, Jr., Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2013 Jeep Wrangler bearing vehicle identification number 1C4AJWAG7DL501312.**
2. **That the Debtor is to pay a counsel fee of $350.00 to Credit Acceptance Corporation through her Chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Sheila A Dizenzo  
    Debtor

Case No. 18-19439-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 04, 2020  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.
db          +Sheila A Dizenzo,  3520 Coles Mill Road,  Franklinville, NJ 08322-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:

     Farha Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com  
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
     Keri P. Ebeck    on behalf of Creditor    Gateway One Lending & Finance, LLC. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
     Laura J. Neville    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com  
     Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing et al. rsolarz@kmllawgroup.com  
     Richard S. Hoffman, Jr.    on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 9