**ANTHONY L VELASQUEZ, ESQ. (021651997)**
1608 Route 88, Suite 330
P.O. Box 1030
Brick, New Jersey 08723
(t) 732-903-1966; (f) 732-416-7861
avelasquez@tryko.com
Attorney for Creditor Trystone Capital Assets, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>SHEILA A. DIZENZO<br><br>Debtor(s). | Case No. 18-19439 ABA<br><br>Chapter 13<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND SERVICE OF PAPERS** |

To:   Clerk, United States Bankruptcy Court
       District of New Jersey
       Mitchell H. Cohen US Courthouse
       400 Cooper Street, 4th Floor
       Camden, NJ 08101
       Courtroom 4B

Name of Party in Interest:   Trystone Capital Assets, LLC
                              1608 Route 88, Suite 330
                              P.O. Box 1030
                              Brick, NJ 08723

**PLEASE TAKE NOTICE** that Trystone Capital Assets, LLC, creditor, by and through its attorney Anthony L Velasquez, Esq., hereby appears in the above-captioned case and requests that copies of all notices given or requited to be given and all papers filed, served or required to be served in this case be given to and served upon the undersigned at the following address, telephone number, facsimile and e-mail address:

Address for Notices:   ANTHONY L VELASQUEZ, ESQ.
                        avelasquez@tryko.com

                        Anthony L Velasquez, Esq.
                        1608 Route 88, Suite 330
                        P.O. Box 1030
                        Brick, NJ 08723
                        Phone: (732) 903-1966
                        Fax:    (732) 416-7861

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* is a limited appearance for purposes of notice and service only. Accordingly, this *Notice of Appearance* is not to be construed as a waiver of any rights, including, but not limited to, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

By: /s/ Anthony L. Velasquez, Esq.
Anthony L. Velasquez, Esq.
Attorney for Creditor
Trystone Capital Assets, LLC

DATED: July 9, 2020