ANTHONY L VELASQUEZ, ESQ. (021651997)
1608 Route 88, Suite 330
P.O. Box 1030
Brick, New Jersey 08723
(t) 732-903-1966; (f) 732-416-7861
avelasquez@tryko.com
Attorney for Creditor Trystone Capital Assets, LLC

**Order Filed on August 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

SHEILA A. DIZENZO

Debtor(s).

Case No. 18-19439 ABA

Chapter 13

CONSENT ORDER TO WITHDRAW STAY RELIEF MOTION AND TO PERMIT LATE PROOF OF CLAIM

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED.

Hon. Andrew B. Altenburg, Jr., U.S.B.J.

**DATED: August 25, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: SHEILA A. DEZENZO
Case No: 18-19439 - ABA
Caption of Order: ORDER TO WITHDRAW STAY RELIEF MOTION AND TO PERMIT LATE PROOF OF CLAIM

---

THE PARTIES HERETO having CONSENTED to the withdraw of the stay relief motion and to the submission of a late Proof of Claim to be filed by Trystone Capital Assets, LLC, in this matter, and such Consent being represented by the signatures set forth below,

**IT IS ORDERED** as follows:

1. The stay relief motion filed by Trystone Capital Assets, LLC. is withdrawn.

2. A Late Proof of Claim to be filed by Trystone Capital Assets, LLC, within 10 days of entry of this Order, shall be permitted and shall be paid in full as part of Debtor's Plan.

3. Debtor shall file an Amended Plan within 20 days thereafter to include the Proof of Claim filed by Trystone Capital Assets, LLC.

Consented to by the Debtor and Creditor as follows:

Richard S. Hoffman, Jr., Esq. attorney for
Debtor Sheila A. Dizenzo

/s/ Anthony L. Velasquez, Esq.
Anthony L. Velasquez, Esq.
Attorney for Creditor Trystone
Capital Assets, LLC

United States Bankruptcy Court
District of New Jersey

In re:  
Sheila A Dizenzo  
    Debtor

Case No. 18-19439-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 25, 2020  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2020.  
db            +Sheila A Dizenzo,    3520 Coles Mill Road,    Franklinville, NJ 08322-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2020                                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2020 at the address(es) listed below:

           Anthony L. Velasquez    on behalf of Creditor    Trystone Capital Assets LLC avelasquez@tryko.com  
           Farha  Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           John R. Morton, Jr.     on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
           Keri P. Ebeck     on behalf of Creditor    Gateway One Lending & Finance, LLC. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
           Laura J. Neville     on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com  
           Rebecca Ann Solarz     on behalf of Creditor    Bayview Loan Servicing et al. rsolarz@kmllawgroup.com  
           Richard S. Hoffman, Jr.     on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com, lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                          TOTAL: 10