Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–19439–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sheila A Dizenzo
fka Sheila Roach
3520 Coles Mill Road
Franklinville, NJ 08322

Social Security No.:
xxx–xx–6061

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 10, 2019.

On September 4, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            October 14, 2020
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 8, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sheila A Dizenzo  
    Debtor

Case No. 18-19439-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 08, 2020  
                      Form ID: 185    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.

```
db            +Sheila A Dizenzo,    3520 Coles Mill Road,    Franklinville, NJ 08322-2403
aty           +Corey Szalai,    Law Offices of Damian Waldman,    10333 Seminole Blvd, Units 1 and 2 (Semi,
                Seminole, FL 33778-4204
cr            +Wilmington Savings Fund Society FSB d/b/a Christia,    c/o Waldman & Kaplan PA,
                174 Nassau Street,    Ste 313,    Princeton, NJ 08542-7005
517520964    ++ALANTIC CITY ELECTRIC,    BANKRUPTCY DEPARTMENT MAIL STOP 84CP42,    5 COLLINS DRIVE SUITE 2133,
                CARNEYS POINT NJ 08069-3600
               (address filed with court: Atlantic City Electric,    Corporate Office,    PO Box 231,
                Wilmington, DE 19899-0231)
517606415     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517520970    +Franklin Twp. Tax Collector,    1571 Delsea Drive,    Franklinville, NJ 08322-2391
517520972    +Hayt Hayt & Landau,    2 Industrial Way West,    PO Box 500,    Eatontown, NJ 07724-0500
517520973   #+KML Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
517520975    +Metabank,    4900 S. Western Ave,    Sioux Falls, SD 57108-2747
517520979    +Rickart Collection Systems Inc.,    575 Milltown Road,    PO Box 7242,
                North Brunswick, NJ 08902-7242
517520980    +Robert Stein,    3520 Coles Mill Road,    Franklinville, NJ 08322-2403
517520981    #RowanSOM,    Faculty Practice Plan,    PO box 635,    Bellmawr, NJ 08099-0635
518753761     SantanderConsumerUSA Inc,    successorin interest,    toGateway,OneLending&Finance,,
                LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356
518753762     SantanderConsumerUSA Inc,    successorin interest,    toGateway,OneLending&Finance,,
                LLC(Gateway),    P.O. Box 560284 Dallas, TX 75356,    SantanderConsumerUSA Inc
517520982     South Jersey Gas Co.,    PO Box 6091,    Bellmawr, NJ 08099-6091
518939520    +Trystone Capital Assets, LLC,    1608 Route 88, Suite 330,    PO Box 1030,    Brick, NJ 08723-0090
517606686    +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
                3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2020 23:39:03    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2020 23:39:02    United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517535225     E-mail/Text: bankruptcy@pepcoholdings.com Sep 08 2020 23:38:48
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ  08069-3600
517520965     E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 08 2020 23:39:19
                Bayview Loan Servicing, LLC,    62516 Collection Center Drive,    Chicago, IL 60693-0625
517532361     E-mail/Text: ebnnotifications@creditacceptance.com Sep 08 2020 23:38:24    CREDIT ACCEPTANCE,
                25505 WEST 12 MILE ROAD,    SOUTHFIELD , MI 48034
517520966    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:49:16    Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
517594817     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:49:16
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517520967    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 08 2020 23:48:24
                Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
517520968    +E-mail/Text: bankruptcy@cavps.com Sep 08 2020 23:39:12    Cavalry Portfolio Service,
                500 Summit Lake Drive,    Valhalla, NY 10595-2322
517523489    +E-mail/Text: bankruptcy@cavps.com Sep 08 2020 23:39:12    Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517520969     E-mail/Text: ebnnotifications@creditacceptance.com Sep 08 2020 23:38:24
                Credit Acceptance Corp,    PO Box 551888,    Detroit, MI 48255-1888
517520971     E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 08 2020 23:38:17
                Gateway One Lending,    3818 E Coronado St, Ste 100,    Anaheim, CA 92807
517634724     E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Sep 08 2020 23:38:17
                Gateway One Lending & Finance, LLC,    160 N Riverview Drive, Ste 100,    Anaheim, CA 92808
517520974    +E-mail/Text: PBNCNotifications@peritusservices.com Sep 08 2020 23:38:27
                Kohls Department Store,    PO Box 3115,    Milwaukee, WI 53201-3115
517520976    +E-mail/Text: bankruptcydpt@mcmcg.com Sep 08 2020 23:39:02    Midland Funding, LLC,
                2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
517520978     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:26
                Portfolio Recovery Associates, LLC,    120 Corporate Blvd,    Norfolk, VA 23502
517639344     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 08 2020 23:48:51
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517520983     E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:49:11    SyncB/Sams,    PO Box 965005,
                Orlando, FL 32896-5005
517522008    +E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2020 23:49:11    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517520984    +E-mail/Text: bnc-bluestem@quantum3group.com Sep 08 2020 23:39:21    Webbank/Fingerhut,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 20
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Sep 08, 2020
                              Form ID: 185             Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court:  Credit Acceptance Corporation,    25505 West 12 Mile Road,
               Southfield, MI   48034)
cr*         +Trystone Capital Assets LLC,    1608 Route 88,    Suite 330,    PO Box 1030,
               Brick, NJ 08723-0090
517606724*  +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
               3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799
517520977   ##+Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                     TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
          Anthony L. Velasquez    on behalf of Creditor    Trystone Capital Assets LLC avelasquez@tryko.com
          Farha   Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana Trust
           as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Keri P. Ebeck    on behalf of Creditor    Gateway One Lending & Finance, LLC.
           kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
          Laura J. Neville    on behalf of Creditor    Wilmington Savings Fund Society FSB d/b/a Christiana
           Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing et al. rsolarz@kmllawgroup.com
          Richard S. Hoffman, Jr.    on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com,
           lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```