**ANTHONY L VELASQUEZ, ESQ. (021651997)**
1608 Route 88, Suite 330
P.O. Box 1030
Brick, New Jersey 08723
(t) 732-903-1966; (f) 732-416-7861
avelasquez@tryko.com
Attorney for Creditor Trystone Capital Assets, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In Re:

SHEILA A. DIZENZO

Debtor(s).

Case No. 18-19439 ABA

Chapter 13

**WITHDRAWAL OF CLAIM**

To:    Clerk, United States Bankruptcy Court
       District of New Jersey
       Mitchell H. Cohen US Courthouse
       400 Cooper Street, 4th Floor
       Camden, NJ 08101
       Courtroom 4C

Name of Party in Interest:    Trystone Capital Assets, LLC
                              P.O. Box 1030
                              Brick, NJ 08723

**PLEASE TAKE NOTICE** that I, the undersigned, am corporate counsel and an authorized signatory for the above-referenced creditor. The claim (tax sale certificate) has been fully paid and satisfied (tax sale certificate has been redeemed), and I hereby **WITHDRAW** the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this **WITHDRAWAL OF CLAIM** on the official claims register for the Debtor, on behalf of the secured creditor Trystone Capital Assets, LLC.

By:/s/ Anthony L. Velasquez, Esq.
    Anthony L. Velasquez, Esq.
    Attorney for Trystone Capital Assets, LLC
        (secured creditor)

DATED: 10/7/2020