Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Credit Acceptance Corporation
JM-5630_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 18-19439(ABA) |
| SHEILA A. DIZENZO | Chapter 13 |
| | Hearing Date:  12-9-20 |
| | **OBJECTION TO CONFIRMATION** |

Credit Acceptance Corporation ("Credit Acceptance" or "CAC"), a secured creditor of the Debtor, objects to the Debtor's modified plan for the following reasons:

a. **DEBTOR BOUND BY TERMS OF 12-26-19 PAYMENT ORDER:** The debtor cannot modify the plan to pay Credit Acceptance $10,198.95 through the plan.  The debtor is bound by the payment order entered by this Court on 12-26-19 directing the debtor to cure arrears through the plan and make direct payments to Credit Acceptance beginning in December of 2019.

/s/ John R. Morton, Jr.
John R. Morton, Jr., attorney for
Credit Acceptance Corporation

Dated: 1-9-20