52143
Morton & Craig, LLC.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLC
JM5630_____

|  |  |
|---|---|
| | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| IN RE:  SHEILA A. DIZENZO | |
| | CHAPTER 13<br>CASE NO.: 18-19439 (ABA)<br>HEARING DATE: |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLChereby enters its appearance and the law firm of John R. Morton, Jr., Esquire, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLCwith regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856)866-0100

Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLCpursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLCy due service upon its undersigned attorneys, John R. Morton, Jr., Esquire, at the address stated above and also to it at the following address:

Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLC
P.O. Box 961275
Fort Worth, TX 76161

Gateway One Lending & Finance, LLC, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                /s/   John R. Morton, Jr.
                John R. Morton, Jr., Esquire
                Santander Consumer USA, Inc., successor in interest to Gateway One Lending & Finance, LLC

Dated: