| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.:         _____

Chapter:          _____

Adv. No.:         _____

Hearing Date:     _____

Judge:            _____

**CERTIFICATION OF SERVICE**

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

LAW OFFICES

# HOFFMAN ♦ DIMUZIO

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS



JOSEPH J. HOFFMAN, JR.
KENNETH A. DIMUZIO, SR.
ERNEST L. ALVINO, JR.
ROBERT J. WILTSEE
DANTE B. PARENTI
PETER J. BONFIGLIO, III
DONALD CARUTHERS, III
LEONARD L. GRASSO, JR.*
CRAIG W. KUGLER
ROBERT P. GROSSMAN
MICHAEL W. GLAZE
CHRISTINE DIMUZIO SOROCHEN
CRISTIE R. NASTASI
KENNETH A. DIMUZIO, JR.
JAMES M. CARTER
JAMES S. TAYLOR
JEREMIAH J. ATKINS
JOSEPH J. HOFFMAN, III
RICHARD S. HOFFMAN, JR.
JOHN P. CIOCCO*
COLIN DAVIS
RYAN S. HOFFMAN
MICHAEL C. DONIO

OF COUNSEL:

CHARLES J. SPRIGMAN, JR.
JOSEPH J. SLACHETKA
J.R. POWELL

\* Licensed in NJ & PA

Direct Dial: (856) 694-3939
Facsimile: (856) 812-0678
lmcevoy@hoffmandimuzio.com

412 Swedesboro Road
Mullica Hill, NJ 08062

March 24, 2021

25-35 Hunter Street
Post Office Box 7
Woodbury, New Jersey 08096
Telephone: (856) 845-8243

1739-1753 Delsea Drive
Post Office Box 285
Franklinville, New Jersey 08322
Telephone: (856) 694-0306

4270 Route 42
Turnersville, New Jersey 08012
Telephone: (856) 637-3000

515 Woodbury-Glassboro Road
Post Office Box 482
Sewell, New Jersey 08080
Telephone: (856) 256-9222

1719 Rittenhouse Square
Philadelphia, Pennsylvania 19103
Telephone: (215) 279-9555

*Sent via Certified Mail*
*Return Receipt Requested*

Laura J. Neville, Esquire
Farha Ahmed, Esquire
Waldman and Kaplan, P.A.
Attorneys for Wilmington Savings Fund Society
PO Box 5162
Largo, FL  33779

      **Re:** **Sheila A. Dizenzo, Debtor**
           **Chapter 13 Bankruptcy Case No.:  18-19439/ABA**
           **Property:  3520 Coles Mill Road, Franklinville, NJ 08322**

Dear Sir/Madam:

     This office represents Sheila Dizenzo, in connection with the above-referenced Chapter 13 Bankruptcy case.  Enclosed herewith please find a copy of the Debtor's Modified Plan dated February 17, 2021.  It is being served upon you because the Plan reflects that the Debtor is proposing to pay her monthly mortgage payments to Wilmington Savings Fund Society/FCI Lender Service, outside her Chapter 13 Plan.

     The Confirmation Hearing has been scheduled for Wednesday, March 24, 2021 at 9:00 a.m. at the U.S. Bankruptcy Court, Camden, New Jersey.  **Objections to any relief sought in the Plan must be filed at least seven days prior to the Confirmation Hearing.**

HOFFMAN ♦ DIMUZIO

    You should consult with your attorney promptly as entry of an Order of Confirmation will bind you to all of the terms of the confirmed Plan.

        Very truly yours,

        Hoffman ♦ DiMuzio

        *Richard S. Hoffman, Jr.*
        Richard S. Hoffman, Jr., Esquire

RSH:ljm
Enclosure
cc:    Sheila A. Dizenzo

LAW OFFICES

# HOFFMAN ♦ DIMUZIO

A PARTNERSHIP OF PROFESSIONAL CORPORATIONS



JOSEPH J. HOFFMAN, JR.
KENNETH A. DIMUZIO, SR.
ERNEST L. ALVINO, JR.
ROBERT J. WILTSEE
DANTE B. PARENTI
PETER J. BONFIGLIO, III
DONALD CARUTHERS, III
LEONARD L. GRASSO, JR.*
CRAIG W. KUGLER
ROBERT P. GROSSMAN
MICHAEL W. GLAZE
CHRISTINE DIMUZIO SOROCHEN
CRISTIE R. NASTASI
KENNETH A. DIMUZIO, JR.
JAMES M. CARTER
JAMES S. TAYLOR
JEREMIAH J. ATKINS
JOSEPH J. HOFFMAN, III
RICHARD S. HOFFMAN, JR.
JOHN P. CIOCCO*
COLIN DAVIS
RYAN S. HOFFMAN
MICHAEL C. DONIO

OF COUNSEL:

CHARLES J. SPRIGMAN, JR.
JOSEPH J. SLACHETKA
J.R. POWELL

* Licensed in NJ & PA

Direct Dial: (856) 694-3939
Facsimile: (856) 812-0678
lmcevoy@hoffmandimuzio.com

412 Swedesboro Road
Mullica Hill, NJ 08062

March 24, 2021

25-35 Hunter Street
Post Office Box 7
Woodbury, New Jersey 08096
Telephone: (856) 845-8243

1739-1753 Delsea Drive
Post Office Box 285
Franklinville, New Jersey 08322
Telephone: (856) 694-0306

4270 Route 42
Turnersville, New Jersey 08012
Telephone: (856) 637-3000

515 Woodbury-Glassboro Road
Post Office Box 482
Sewell, New Jersey 08080
Telephone: (856) 256-9222

1719 Rittenhouse Square
Philadelphia, Pennsylvania 19103
Telephone: (215) 279-9555

*Sent via Certified Mail*
*Return Receipt Requested*

Santander Consumer USA, Inc.
Attn: President/CEO
PO Box 961245
Fort Worth, TX  76161-1245

      **Re:    Sheila A. Dizenzo, Debtor**
             **Chapter 13 Bankruptcy Case No.:  18-19439/ABA**
             **Collateral:  2009 Ford F-150**

Dear Sir/Madam:

    This office represents Sheila Dizenzo, in connection with the above-referenced Chapter 13 Bankruptcy case.  Enclosed herewith please find a copy of the Debtor's Modified Plan dated February 17, 2021.  It is being served upon you because the Plan reflects that the Debtor is surrendering the 2009 Ford F-150, for which Santander Consumer USA, as Successor to Gateway One Lending, has a lien.

    The Confirmation Hearing has been scheduled for Wednesday, March 24, 2021 at 9:00 a.m. at the U.S. Bankruptcy Court, Camden, New Jersey.  **Objections to any relief sought in the Plan must be filed at least seven days prior to the Confirmation Hearing.**

**HOFFMAN ♦ DIMUZIO**

You should consult with your attorney promptly as entry of an Order of Confirmation will bind you to all of the terms of the confirmed Plan.

        Very truly yours,

        Hoffman ♦ DiMuzio

        *Richard S. Hoffman, Jr.*
        Richard S. Hoffman, Jr., Esquire

RSH:ljm
Enclosure
cc:    Sheila A. Dizenzo