Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−19439−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheila A Dizenzo
   fka Sheila Roach
   3520 Coles Mill Road
   Franklinville, NJ 08322

Social Security No.:
   xxx−xx−6061

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 26, 2021.


Dated: August 26, 2021
JAN: cmf

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-19439-ABA

Sheila A Dizenzo                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                       Page 1 of 3
Date Rcvd: Aug 26, 2021                Form ID: plncf13                                   Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila A Dizenzo, 3520 Coles Mill Road, Franklinville, NJ 08322-2403 |
| aty | + | Corey Szalai, Law Offices of Damian Waldman, 10333 Seminole Blvd, Units 1 and 2 (Semi, Seminole, FL 33778-4210 |
| cr | + | Santander Consumer USA, Inc., successor in interes, P.O. Box 961275, Ft. Worth, TX 76161-0275 |
| cr | + | Wilmington Savings Fund Society FSB d/b/a Christia, c/o Waldman & Kaplan PA, 174 Nassau Street, Ste 313, Princeton, NJ 08542-7005 |
| 517520964 | ++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600 address filed with court:, Atlantic City Electric, Corporate Office, PO Box 231, Wilmington, DE 19899-0231 |
| 517606415 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517520970 | + | Franklin Twp. Tax Collector, 1571 Delsea Drive, Franklinville, NJ 08322-2391 |
| 517520972 | + | Hayt Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517520975 | + | Metabank, 4900 S. Western Ave, Sioux Falls, SD 57108-2747 |
| 517520979 | + | Rickart Collection Systems Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 517520980 | + | Robert Stein, 3520 Coles Mill Road, Franklinville, NJ 08322-2403 |
| 519261792 | + | Santander Consumer USA, Inc, as servicing agent for TCF Auto, Receivables Owner Trust 2015-DP1, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518753761 | | SantanderConsumerUSA Inc, successorin interest, toGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518753762 | | SantanderConsumerUSA Inc, successorin interest, toGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc |
| 517520982 | | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518939520 | + | Trystone Capital Assets, LLC, 1608 Route 88, Suite 330, PO Box 1030, Brick, NJ 08723-0090 |
| 517606686 | + | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 26 2021 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 26 2021 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517535225 | | Email/Text: bankruptcy@pepcoholdings.com | Aug 26 2021 20:28:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517520965 | | Email/Text: bkmailbayview@bayviewloanservicing.com | Aug 26 2021 20:28:00 | Bayview Loan Servicing, LLC, 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| 517532361 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 26 2021 20:27:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD, MI 48034 |
| 517520966 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:36:57 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517594817 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 26 2021 20:37:04 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517520967 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 26 2021 20:37:11 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517520968 | + | Email/Text: bankruptcy@cavps.com | Aug 26 2021 20:28:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 517523489 | + | Email/Text: bankruptcy@cavps.com | Aug 26 2021 20:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517520969 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 26 2021 20:27:00 | Credit Acceptance Corp, PO Box 551888, Detroit, MI 48255-1888 |
| 517520971 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Aug 26 2021 20:27:00 | Gateway One Lending, 3818 E Coronado St, Ste 100, Anaheim, CA 92807 |
| 517634724 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Aug 26 2021 20:27:00 | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808 |
| 517520974 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 26 2021 20:28:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517520976 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2021 20:28:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 517520978 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 20:36:58 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 517639344 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 26 2021 20:36:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517520983 | | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | SyncB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517522008 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 26 2021 20:37:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517520984 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 26 2021 20:28:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Trystone Capital Assets LLC, 1608 Route 88, Suite 330, PO Box 1030, Brick, NJ 08723-0090 |
| 517606724 | *+ | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 517520973 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517520977 | ##+ | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 517520981 | ## | RowanSOM, Faculty Practice Plan, PO box 635, Bellmawr, NJ 08099-0635 |

TOTAL: 0 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony L. Velasquez | on behalf of Creditor Trystone Capital Assets LLC avelasquez@tryko.com |
| Farha Ahmed | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc., successor in interest to Gateway One Lending & Finance, LLC. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Gateway One Lending & Finance LLC. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Laura J. Neville | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing et al. rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11