| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**RICHARD S. HOFFMAN, JR. (#RH-9353)**<br>**HOFFMAN DiMUZIO**<br>A Partnership of Professional Corporations<br>412 Swedesboro Road<br>Mullica Hill, New Jersey 08062<br>(856) 803-5800<br>Attorneys for Debtors | Order Filed on October 19, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SHEILA A. DIZENZO<br><br>                    Debtor | Case No.:    18-19439<br><br>Chapter:    13<br><br>Hearing Date:    September 28, 2021@ 10:00AM<br><br>Judge:    ABA |

## ORDER DISALLOWING THE PROOF OF CLAIM OF
## SANTANDER CONSUMER USA, INC. (CLAIM #7-2)

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 19, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:              Sheila A. Dizenzo, Debtor
Case No.:            18-19439/ABA
Caption of Order:    Order Disallowing Proof of Claim Santander Consumer USA, Inc. (Claim #7-2)

This matter having been opened to the Court by Richard S. Hoffman, Jr., Esquire, of the Law Firm of Hoffman DiMuzio, attorneys for Debtor, Sheila A. Dizenzo, for an Order Disallowing the Proof of Claim of Santander Consumer USA, Inc., and for good cause appearing therefore, it is hereby:

**ORDERED** that the claim of Santander Consumer USA, Inc., filed under Claim #7-2, is hereby disallowed; and

**ORDERED** that the Chapter 13 Trustee shall not make any further payments on the disallowed claim.