UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey  08002**
**(856) 663-5002**

In Re:

Sheila A. Dizenzo

                    Debtor(s)

Case No. 18-19439 (ABA)

Judge:  Andrew B. Altenburg, Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed

that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been

shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in

Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows:

Debtor(s)' case be and is hereby allowed to continue at $29,405 paid to date, then $310 per

month for eighteen (18) months starting December 1, 2021, for a total plan length of sixty (60)

months. Said figures include supplemental attorney fees in the amount of $700.00 subject to

further approval of the Court.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on

July 17, 2018, remain in effect.

| | |
|---|---|
| /s/ Richard S. Hoffman, Jr. | 11/12/2021 |
| Richard S. Hoffman, Jr. | Date |
| Debtor(s)' Attorney | |
| | |
| /s/ Isabel C. Balboa | 11/15/2021 |
| Isabel C. Balboa | Date |
| Chapter 13 Standing Trustee | |