UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
rshoffman@hoffmandimuzio.com

In Re:

SHEILA A. DIZENZO

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-19439 |
| Chapter: | 13 |
| Judge: | ABA |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Richard S. Hoffman, Jr., Esq._____, the applicant, is allowed a fee of $ _____$700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____. The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.
Stipulation Ajusting Trustee Payments entered 11/12/2021 incorporates this requested fee.
    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____310.00_____ per month for __remaining 18__ months to allow for payment of the above fee.

*rev.8/1/15*