UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RICHARD S. HOFFMAN, JR., ESQ. (#RH-9353)
HOFFMAN DiMUZIO
A Partnership of Professional Corporations
412 Swedesboro Road
Mullica Hill, New Jersey 08062
(856) 694-3939
rshoffman@hoffmandimuzio.com

Order Filed on November 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHEILA A. DIZENZO

Case No.: 18-19439

Chapter: 13

Judge: ABA

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 30, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Richard S. Hoffman, Jr., Esq._____, the applicant, is allowed a fee of $ _____$700.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____700.00_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.
Stipulation Ajusting Trustee Payments entered 11/12/2021 incorporates this requested fee.
☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____310.00_____ per month for _remaining 18_ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-19439-ABA
Sheila A Dizenzo  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Nov 30, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila A Dizenzo, 3520 Coles Mill Road, Franklinville, NJ 08322-2403 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

**Name**     **Email Address**

Anthony L. Velasquez
   on behalf of Creditor Trystone Capital Assets LLC avelasquez@tryko.com

Farha Ahmed
   on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com

Isabel C. Balboa
   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
   ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
   on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

John R. Morton, Jr.

|  |  |
|---|---|
|  | on behalf of Creditor Santander Consumer USA  Inc., successor in interest to Gateway One Lending & Finance, LLC. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Keri P. Ebeck | on behalf of Creditor Gateway One Lending & Finance  LLC. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Laura J. Neville | on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Bayview Loan Servicing et al. rsolarz@kmllawgroup.com |
| Richard S. Hoffman, Jr. | on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com lmcevoy@hoffmandimuzio.com;jslachetka@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11