Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−19439−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sheila A Dizenzo
    fka Sheila Roach
    3520 Coles Mill Road
    Franklinville, NJ 08322

Social Security No.:
    xxx−xx−6061

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/2/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 2, 2022
JAN: har

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19439-ABA |
| Sheila A Dizenzo | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 02, 2022 | Form ID: 148 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sheila A Dizenzo, 3520 Coles Mill Road, Franklinville, NJ 08322-2403 |
| aty | + | Corey Szalai, Law Offices of Damian Waldman, 10333 Seminole Blvd, Units 1 and 2 (Semi, Seminole, FL 33778-4210 |
| cr | + | SN Servicing Corporation as servicer for U.S. Ban, Friedman Vartolo LLP, 1325 Franklin Avenue - Suite 160, Garden City, NY 11530-1631 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| cr | + | Santander Consumer USA, Inc., successor in interes, P.O. Box 961275, Ft. Worth, TX 76161-0275 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Wilmington Savings Fund Society FSB d/b/a Christia, c/o Waldman & Kaplan PA, 174 Nassau Street, Ste 313, Princeton, NJ 08542-7005 |
| 517520964 | ++ | ALANTIC CITY ELECTRIC, BANKRUPTCY DEPARTMENT MAIL STOP 84CP42, 5 COLLINS DRIVE SUITE 2133, CARNEYS POINT NJ 08069-3600 address filed with court:, Atlantic City Electric, Corporate Office, PO Box 231, Wilmington, DE 19899-0231 |
| 517520970 | + | Franklin Twp. Tax Collector, 1571 Delsea Drive, Franklinville, NJ 08322-2391 |
| 517520972 | + | Hayt Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517520977 | + | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 517520979 | + | Rickart Collection Systems Inc., 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 517520980 | + | Robert Stein, 3520 Coles Mill Road, Franklinville, NJ 08322-2403 |
| 518753761 | | SantanderConsumerUSA Inc, successorin interest, toGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 518753762 | | SantanderConsumerUSA Inc, successorin interest, toGateway,OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc |
| 517520982 | | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518939520 | + | Trystone Capital Assets, LLC, 1608 Route 88, Suite 330, PO Box 1030, Brick, NJ 08723-0090 |
| 517606686 | + | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517535225 | | Email/Text: bankruptcy@pepcoholdings.com | Nov 02 2022 20:40:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517520965 | | Email/Text: bkmailbayview@bayviewloanservicing.com | Nov 02 2022 20:40:00 | Bayview Loan Servicing, LLC, 62516 Collection Center Drive, Chicago, IL 60693-0625 |
| 517532361 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2022 20:39:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD, MI 48034 |

Case 18-19439-ABA    Doc 137    Filed 11/04/22    Entered 11/05/22 00:13:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517520966 | + | EDI: CAPITALONE.COM | Nov 03 2022 00:38:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517594817 | | EDI: CAPITALONE.COM | Nov 03 2022 00:38:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517520967 | + | EDI: CAPITALONE.COM | Nov 03 2022 00:38:00 | Capital One Bank USA NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517606415 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2022 20:45:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517520968 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2022 20:40:00 | Cavalry Portfolio Service, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 517523489 | + | Email/Text: bankruptcy@cavps.com | Nov 02 2022 20:40:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517520969 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 02 2022 20:39:00 | Credit Acceptance Corp, PO Box 551888, Detroit, MI 48255-1888 |
| 517520974 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2022 20:39:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517520976 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2022 20:40:00 | Midland Funding, LLC, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 517520978 | | EDI: PRA.COM | Nov 03 2022 00:38:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 517639344 | | EDI: PRA.COM | Nov 03 2022 00:38:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519261792 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 02 2022 20:40:00 | Santander Consumer USA, Inc, as servicing agent for TCF Auto, Receivables Owner Trust 2015-DP1, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517520983 | | EDI: RMSC.COM | Nov 03 2022 00:38:00 | SyncB/Sams, PO Box 965005, Orlando, FL 32896-5005 |
| 517522008 | + | EDI: RMSC.COM | Nov 03 2022 00:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519301663 | ^ | MEBN | Nov 02 2022 20:35:02 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association,, c/o SN Servicing Corporation 95501-0305 |
| 519301662 | ^ | MEBN | Nov 02 2022 20:35:02 | U.S. Bank Trust National Association,, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517520984 | + | EDI: BLUESTEM | Nov 03 2022 00:38:00 | Webbank/Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | *+ | Trystone Capital Assets LLC, 1608 Route 88, Suite 330, PO Box 1030, Brick, NJ 08723-0090 |
| 517606724 | *+ | Wilmington Savings Fund Society, FSB, AMIP Management, LLC, 3020 Old Ranch Parkway, Suite 180, Seal Beach, CA 90740-2799 |
| 517520971 | ##+ | Gateway One Lending, 3818 E Coronado St, Ste 100, Anaheim, CA 92807-1620 |
| 517634724 | ##+ | Gateway One Lending & Finance, LLC, 160 N Riverview Drive, Ste 100, Anaheim, CA 92808-2293 |
| 517520973 | ##+ | KML Law Group, PC, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |

Case 18-19439-ABA    Doc 137    Filed 11/04/22    Entered 11/05/22 00:13:53    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: 148 | Total Noticed: 40 |

| 517520975 | ##+ | Metabank, 4900 S. Western Ave, Sioux Falls, SD 57108-2747 |
| 517520981 | ## | RowanSOM, Faculty Practice Plan, PO box 635, Bellmawr, NJ 08099-0635 |

TOTAL: 0 Undeliverable, 3 Duplicate, 5 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

**Name**    **Email Address**

Anthony L. Velasquez
  on behalf of Creditor Trystone Capital Assets LLC avelasquez@tryko.com

Denise E. Carlon
  on behalf of Creditor Bayview Loan Servicing et al. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Farha Ahmed
  on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V farha@dwaldmanlaw.com

Isabel C. Balboa
  ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
  on behalf of Creditor Santander Consumer USA Inc., successor in interest to Gateway One Lending & Finance, LLC. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

John R. Morton, Jr.
  on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Basket Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of BKPL-EG Series N Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
  on behalf of Creditor U.S. Bank Trust National Association as Trustee of BKPL-EG Series N Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Keri P. Ebeck
  on behalf of Creditor Gateway One Lending & Finance LLC. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com

Laura J. Neville
  on behalf of Creditor Wilmington Savings Fund Society FSB d/b/a Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V nevilleesq@gmail.com

Richard S. Hoffman, Jr.
  on behalf of Debtor Sheila A Dizenzo rshoffman@hoffmandimuzio.com jvillone@hoffmandimuzio.com;hoffmanrr81909@notify.bestcase.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1 User: admin Page 4 of 4
Date Rcvd: Nov 02, 2022 Form ID: 148 Total Noticed: 40
TOTAL: 14